# EXHIBIT 6

# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

MARK D. KOTWICK
PARTNER
(212) 574-1545
kotwick@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

July 5, 2022

**BY FEDEX & CERTIFIED MAIL**

Mr. Jason Ader
Managing Member
26 Capital Holdings LLC
OfficeEdge Miami
701 Brickell Ave., Suite 1550
Miami, FL  33131

### 26 Capital Holdings LLC-Demand for Books & Records

Dear Mr. Ader:

We are counsel for Rimu Capital LTD ("Rimu"), a member of 26 Capital Holdings LLC (the "Company"). Rimu has authorized us to obtain certain books, records and other documents of the Company under Section 7.01 of the Amended and Restated Limited Liability Company Operating Agreement of 26 Capital Holdings LLC (the "LLC Agreement") and Section 18-305 of Title 6 of the Delaware Code ("Section 18-305"). Rimu's duly executed power of attorney is enclosed.

The purpose of this demand is to understand the status of Rimu's $25 million membership interest investment in the Company and the facts and circumstances surrounding the alleged redemption of the interests of any other members of the Company, as described by you in a telephone conversation with Robert Martyn on or about June 6, 2022. During that call, you advised Mr. Martyn that the funds invested in the Company by Rimu had been used to "redeem" the shares or interests of other members in the Company, although you declined to provide any further information about any purported "redemption." In addition, Rimu wants to communicate with other members of the Company with respect to the redemption of other members' interests or the Managing Member's other use of Company funds.

Mr. Jason Ader
July 5, 2022
Page 2

On behalf of Rimu, pursuant to the LLC Agreement, Section 18-305 and the common law of the State of Delaware, we hereby demand to inspect the following books, records and other documents of the Company and to make copies or abstracts therefrom:

1. The Company's audited financial statements as of December 31, 2021 (or, if not available, unaudited financial statements) and unaudited financial statements as of March 31, 2022, as well as any more recent unaudited financial statements that have been prepared on behalf of the Company.

2. The Company's periodic account balance sheets and related general accounting ledgers, statements of operations, changes in membership interest and cash flows since November 1, 2021.

3. The Company's most recently filed federal, state and local income tax returns.

4. Documents sufficient to show the status of Rimu's $25 million membership interest investment in the Company.

5. Documents sufficient to show the redemption of the membership interests of any member of the Company since November 1, 2021.

6. An unredacted capitalization table showing each member's interest in the Company, and how that interest has changed since November 1, 2021.

7. A current list of the names and last known business, residence or mailing addresses of each member of the Company.

If the Company does not comply with this demand within five business days after its receipt, Rimu may apply to the Delaware Court of Chancery for an order to compel such disclosure. Nothing herein waives any of the rights and remedies of Rimu, all of which are expressly reserved.

Please contact me to make mutually agreeable arrangements to review the requested documents and information or if you have any questions.

Sincerely

Mark D. Kotwick

Encl.

cc: Harald McPike
    Robert Martyn

SK 27968 0010 9651463

## UNSWORN DECLARATION OF HARALD McPIKE
## MADE PURSUANT TO 10 *DEL. C. § 3927*

I, Harald McPike, Director of Rimu Capital LTD ("Rimu"), hereby make, constitute, and appoint Mark D. Kotwick, Esq. of Seward & Kissel LLP, and any person designated by him, to act as a true and lawful attorney in fact for Rimu, in its name, place, and stead, in all matters regarding the examination of books and records of 26 Capital Holdings LLC, a Delaware limited liability company, and giving and granting unto said attorney full power and authority to do and perform all and every act and thing whatsoever requisite necessary and proper to be done in and without the premises, as fully, to all intents and purposes as Rimu might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that my attorney or the substitute shall lawfully do or cause to be done.

I declare under penalty of perjury under the laws of Delaware that the foregoing is true and correct.

Rimu Capital LTD

_____
Name: Harald McPike
Title: Director

Executed this 30th day of June, 2022

SK 99109 0020 9651475