# EXHIBIT 7

| From: | Kotwick, Mark D. |
|---|---|
| To: | Sam Lieberman |
| Cc: | Desi Ilieva; Kady Reilly; J. Clayton Athey; Hong, Julie |
| Subject: | Rimu Capital -26 Capital |
| Date: | Wednesday, October 19, 2022 2:32:37 PM |

Sam:

This confirms our telephone conversation earlier today during which you advised that Rimu Capital's investment in 26 Capital Holdings was used by the company to purchase the stock of other members.

You advised that 26 Capital Holdings was limited in providing information about the members whose stock was purchased or the details regarding those purchases by the confidentiality provisions in the company's Operating Agreement.

We requested that you provide Rimu Capital with account balance sheets and related general accounting ledgers, statements of operations and cash flows of 26 Capital Holdings reflecting the current financial status of the company.  (The information previously provided was as of December 31, 2021.)

You also advised that Mr. Ader was willing to speak with Mr. McPike about this matter. We will speak to our client concerning Mr, McPike's availability to speak with Mr. Ader.

Regards.

Mark

---

**Mark D. Kotwick**
*Partner (he/him/his)*

Tel: (212) 574-1545
Email: kotwick@sewkis.com
**ESTABLISHED 1890**

**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Fax: (212) 480-8421
Web: www.sewkis.com

---

**Confidentiality Notice**: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. If you have received this e-mail in error, please notify Seward & Kissel LLP by return e-mail and destroy the original message and all copies thereof.