```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
RIMU CAPITAL LTD.,                                               :
                                                                 :
                            Plaintiff,                           :
                                                                 :             23-cv-5065 (LJL)
            -v-                                                  :
                                                                 :                 ORDER
JASON ADER, SPRINGOWL ASSET MANAGEMENT                           :
LLC, SPRINGOWL ASSOCIATES LLC, ADER FUND                         :
MANAGEMENT LLC, and 26 CAPITAL HOLDINGS                          :
LLC,                                                             :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2023

LEWIS J. LIMAN, United States District Judge:

The Court held an initial conference on September 12, 2023, at which counsel for each party was present. At the conference, for the reasons stated on the record, the Court denied in part and granted in part Defendants' motion to stay discovery. Dkt. No. 29. The Court granted the stay only of deposition discovery of both parties and non-parties, but otherwise denied the motion. At the conference, for the reasons stated on the record, the Court denied Plaintiff's motion for an extension of time to amend the complaint. Dkt. No. 32. The Court will enter a separate Scheduling Order memorializing the timeline agreed upon by all parties at the conference.

The Clerk of Court is respectfully directed to close Dkt. Nos. 29, 32.

SO ORDERED.

Dated: September 13, 2023
       New York, New York                       _____
                                                       LEWIS J. LIMAN
                                                United States District Judge