UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIMU CAPITAL LTD.,<br><br>        *Plaintiff*,<br><br>  vs.<br><br>JASON ADER, SPRINGOWL ASSET MANAGEMENT LLC, SPRINGOWL ASSOCIATES LLC, ADER FUND MANAGEMENT LLC, and 26 CAPITAL HOLDINGS LLC,<br><br>        *Defendants*. | Civil Action No. 1:23-cv-05065-LJL |

### STIPULATED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO AMEND AND DEFENDANTS' MOTION TO DISMISS

**WHEREAS,** Plaintiff filed a Motion to Amend on October 12, 2023;

**WHEREAS**, Defendants intend to oppose the Motion to Amend and file a Motion to Dismiss the First Amended Complaint;

**WHEREAS**, on October 24, 2023, the Court has advised that it prefers Defendants' suggested order of briefing, combining both motions;

**IT IS HEREBY STIPULATED, AGREED, AND CONSENTED** to, by and among the parties in the above-captioned case, by and through their undersigned counsel, that:

1. Defendants will file their Motion to Dismiss together with their Opposition to Plaintiff's Motion to Amend on or before November 21, 2023. The filing will include a single memorandum of law addressing both motions, not to exceed 35 pages.

2. Plaintiff will file its Reply in Support of its Motion to Amend together with its Opposition to Defendants' Motion to Dismiss on or before December 20, 2023. The filing will include a single memorandum of law addressing both motions, not to exceed 35 pages.

3. Defendants will file their Reply in Support of their Motion to Dismiss on or before <u>January 4, 2024</u> including a memorandum of law not to exceed 10 pages.

4. Electronic signatures on this stipulation shall be considered as originals.

Dated: New York, NY
      November 10, 2023

| /s/ Gregory A. Blue | /s/ Ben Hutman |
|---|---|
| By: Gregory A. Blue<br>Lachtman Cohen P.C.<br>245 Main Street, Suite 230<br>White Plains, NY 10601<br>Telephone: (914) 505-6654<br>Email: gblue@lcpclaw.com | By: Ben Hutman<br>SADIS & GOLDBERG LLP<br>551 Fifth Avenue, 21st Floor<br>New York, New York 10176<br>Telephone: (212) 573-6675<br>Email: bhutman@sadis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED

Dated: November 10, 2023
      New York, New York

                                            LEWIS J. LIMAN
                                       United States District Judge