AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Rimu Capital Ltd. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-05065-LJL |
| Ader, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

26 Capital Holdings LLC.

Date: 01/30/2024

*/s/ Jay Pomerantz*
*Attorney's signature*

Jay Pomerantz - 2467835
*Printed name and bar number*

902 Broadway
18th Floor
New York, NY 10010-6035
*Address*

jpomerantz@fenwick.com
*E-mail address*

(650) 335-7697
*Telephone number*

*FAX number*