UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
RIMU CAPITAL LTD., :
:
                Plaintiff, :
: 23-cv-5065 (LJL)
    -v- :
: ORDER
JASON ADER, SPRINGOWL ASSET MANAGEMENT :
LLC, SPRINGOWL ASSOCIATES LLC, ADER FUND :
MANAGEMENT LLC, and 26 CAPITAL HOLDINGS :
LLC, :
:
                Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received an email from counsel for Defendant 26 Capital Holdings LLC (Fenwick) requesting that the Court remove from the docket the application it filed at Dkt. No. 88, on the grounds that it contains an error in an attachment and has been superseded by the application at Dkt. No. 89. Absent objection from any party, the Court is prepared to disregard the application at Dkt. No. 88. If any further relief is requested, such counsel may seek it by letter filed on ECF.

      Further, the Court temporarily lifts the stay currently imposed on this action solely for the limited purpose of considering the letter motion to substitute counsel at Dkt. No. 89. Any party wishing to submit briefing in response to the motion is directed to do so by February 27, 2024.

      SO ORDERED.

Dated: February 20, 2024
       New York, New York
                                            LEWIS J. LIMAN
                                            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/20/2024