```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
RIMU CAPITAL LTD.,                                                   :
                                                                     :
                              Plaintiff,                             :
                                                                     :      23-cv-5065 (LJL)
               -v-                                                   :
                                                                     :          ORDER
JASON ADER, SPRINGOWL ASSET MANAGEMENT                               :
LLC, SPRINGOWL ASSOCIATES LLC, ADER FUND                             :
MANAGEMENT LLC, and 26 CAPITAL HOLDINGS                              :
LLC,                                                                 :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The unopposed motion to lift the stay for the limited purpose of dismissing 26 Capital Holdings LLC as a Defendant, and to dismiss 26 Capital Holdings LLC as a Defendant, Dkt. No. 97, is GRANTED pursuant to Federal Rules 15, 21 and the Court's inherent powers.

The Court will hold a telephonic conference on May 22, 2024 at 3:00 PM on the motion of Catafago Fini LLP to withdraw as counsel for the Ader Defendants and for a stay of this action. Dkt. No. 99. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts. Representatives of the Ader Defendants are directed to attend the conference.

SO ORDERED.

Dated: May 16, 2024  
       New York, New York

_____  
LEWIS J. LIMAN  
United States District Judge