```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
RIMU CAPITAL LTD.,                                                      :
                                                                        :
                                Plaintiff,                              :
                                                                        :         23-cv-5065 (LJL)
        -v-                                                             :
                                                                        :              ORDER
JASON ADER, SPRINGOWL ASSET MANAGEMENT                                  :
LLC, SPRINGOWL ASSOCIATES LLC, ADER FUND                                :
MANAGEMENT LLC, and 26 CAPITAL HOLDINGS                                 :
LLC,                                                                    :
                                                                        :
                                Defendants.                             :
                                                                        :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/22/2024

LEWIS J. LIMAN, United States District Judge:

The Court held a conference on the motion of Catafago Fini LLP to withdraw as counsel for the Ader Defendants and for a stay of this action, Dkt. No. 99, on May 22, 2024. Counsel for Plaintiff, counsel for the Ader Defendants, and Defendant Mr. Ader, as a representative of the Ader Defendants, were present at the conference. During the conference, the Court advised Mr. Ader that while he could represent himself *pro se*, the corporate defendants would have to be represented by counsel admitted to the Bar of this Court, and that failure to retain counsel could have adverse consequences for those defendants, including entry of default and a default judgment. This Order memorializes the Court's holdings at that conference.

The requirements of Local Rule 1.4 have been satisfied and the motion of Catafago Fini LLP to withdraw as counsel for the Ader Defendants is GRANTED.

Plaintiff's motion for leave to file an amended complaint is due on July 8, 2024. The Court will hold a telephonic conference on this case on July 18, 2024 at 4:00 PM. Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101,

and follow the necessary prompts.

This action is hereby stayed until June 21, 2024, for the Ader Defendants to obtain new counsel.  The Clerk of Court is respectfully directed to close Dkt. No. 99.


SO ORDERED.

Dated: May 22, 2024
       New York, New York

                                              LEWIS J. LIMAN
                                         United States District Judge