UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:  
RIMU CAPITAL LTD.,       :
:  
         Plaintiff,    :
:       23-cv-5065 (LJL)
-v-         :
:       ORDER
JASON ADER, ET AL.,    :
:  
       Defendants.    :
:  
---------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2024

LEWIS J. LIMAN, United States District Judge:

The Court held a conference with the parties on July 18, 2024. Any opposition by Defendants to the pending motion to amend, Dkt. No. 110, is due by August 2, 2025 and Plaintiff's reply is due August 9, 2025.

The existing Case Management Plan, Dkt. No. 36, is hereby vacated. Within one week of a ruling by the Court on Plaintiff's motion to amend, Plaintiff is directed to file a letter with the Court requesting a scheduling conference.

SO ORDERED.

Dated: July 18, 2024
       New York, New York

                              LEWIS J. LIMAN
                         United States District Judge