```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
RIMU CAPITAL LTD., 26 CAPITAL HOLDINGS LLC,                      :
                                                                 :
                         Plaintiffs,                             :
                                                                 :       23-cv-5065 (LJL)
          -v-                                                    :
                                                                 :       ORDER
JASON ADER, et. al.,                                             :
                                                                 :
                         Defendants.                             :
                                                                 :
-------------------------------------------------------------------- X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on September 17, 2024.

With the agreement of the parties, the Court construes the letter at Dkt. No. 143 as a motion to strike the Ader Defendants' Answer filed at Dkt. No. 142. The Ader Defendants shall either file an Amended Answer or an opposition to the motion to strike by October 4, 2024. Any reply from Plaintiff is due by October 11, 2024.

The Court will hold a case management conference on October 24, 2024 at 10 a.m. In advance of that conference, the parties shall submit a proposed case management plan by 5 p.m. on October 21, 2024. The proposed case management plan shall also include a briefing schedule for any anticipated motions to dismiss.

SO ORDERED.

Dated: September 17, 2024
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge