UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIMU CAPITAL LTD., <br><br> *Plaintiff*, <br><br> -   and   - <br><br> 26 CAPITAL HOLDINGS LLC, <br><br> *Nominal Plaintiff*, <br><br> -   against   - <br><br> JASON ADER, *et al.*, <br><br> *Defendants*. | No:    1:23-cv-05065 (LJL) <br><br><br> **STIPULATION AND ORDER** |

**WHEREAS,** on October 12, 2023, the Court entered a Protective Order in this action ("Protective Order," ECF No. 51); and

**WHEREAS**, Plaintiff's First Amended Complaint and Second Amended Complaint, filed after the Protective Order, added parties as Defendants;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned that: (i) all current parties to this action agree to abide by the terms of the Protective Order; and (ii) all references to "Party" or "Parties" in the Protective Order are deemed to include all current parties to this action.

Dated: October 21, 2024

| **LACHTMAN COHEN & BELOWICH LLP** | **LIEB AT LAW, P.C.** |
|---|---|
| By: */s/ Gregory A. Blue* <br>    Gregory A. Blue <br> 245 Main Street, Suite 230 <br> White Plains, NY 10601 <br> Tel: (914) 505-6654 <br> Email: gblue@lcb-aw.com <br><br> *Attorneys for Plaintiff Rimu Capital Ltd.* | By: */s/ Kimberly A. Morgan* <br>    Kimberly A. Morgan <br> 308 West Main Street, Suite 100 <br> Smithtown, NY 11787 <br> Tel: (646) 216-8009 <br> Email: kimberly@liebatlaw.com <br><br> *Attorneys for Defendants Jason Ader, SpringOwl Asset Management LLC, SpringOwl Associates LLC, Ader Fund Management LLC, SpringOwl Special Opportunities Fund LP, and 826 Capital Holdings, LLC* |

**WINGET, SPADAFORA & SCHWARTZBERG, LLP**

By: /s/ *Alexander A. Truitt*
      Alexander A. Truitt
45 Broadway, 32nd Floor
New York, N.Y. 10006
Tel. (212) 221-6900
Email: truitt.a@wssllp.com

*Attorneys for Defendants Sadis & Goldberg LLP, Robert D. Cromwell, Ron S. Geffner*

**FENWICK & WEST LLP**

By: /s/ *Jay L. Pomerantz*
      Jay L. Pomerantz
902 Broadway, Floor 18
New York, NY 10010-6035
(212) 430-2600
jpomerantz@fenwick.com

*Attorneys for Nominal Plaintiff 26 Capital Holdings LLC*

**PROSKAUER ROSE LLP**

By: /s/ *Adam Farbiarz*
      Adam Farbiarz
Eleven Times Square
New York, NY 10036-8299
Tel: (212) 969-3346
Email: AFarbiarz@proskauer.com

*Attorneys for Defendant Pamela Ader*

**SO ORDERED:**

Dated: October 21, 2024
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge