```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RIMU CAPITAL LTD., et al.,                                         :
:
            Plaintiffs,                                            :
:     23-cv-05065 (LJL)
     -v-                                                           :
:     ORDER
JASON ADER, et al.,                                                :
:
            Defendants.                                            :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

Having received renewed motions to withdraw as counsel from Kimberly A. Morgan and Andrew Matthew Lieb, *see* Dkt. Nos. 182, 185, the Court sets a hearing on the motions for December 12, 2024 at 3:30 p.m. in Courtroom 15C, 500 Pearl Street, New York, NY 10007 before Judge Lewis J. Liman.  A representative for the Ader Defendants (Jason Ader, SpringOwl Asset Management LLC, SpringOwl Associates LLC, Ader Fund Management LLC, and SpringOwl Special Opportunities Fund LP) is ordered to attend in person.

SO ORDERED.

Dated: December 3, 2024
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge