```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

RIMU CAPITAL LTD., et al.,

                Plaintiffs,

   -v-

JASON ADER, et al.,

                Defendants.

------------------------------------------------------------------X

23-cv-05065 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

On April 8, 2025 at 10 a.m., the Court will hold oral argument in Courtroom 15C at 500 Pearl Street, New York, NY, on the following motions:

- The Attorney Defendants' motion to dismiss the complaint against them. Dkt. No. 163.

- The Attorney Defendants' motion to dismiss the crossclaims against them. Dkt. No. 195.

- Pamela Ader's motion to dismiss the complaint against her. Dkt. No. 160.

- Pamela Ader's motion to dismiss the cross-claims against her. Dkt. No. 192.

The Court stays discovery in this case pending a decision on the motions to dismiss or further order of the Court.

    SO ORDERED.

Dated: January 28, 2025
       New York, New York

                                             LEWIS J. LIMAN
                                             United States District Judge