UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RIMU CAPITAL, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>JASON ADER, SPRINGOWL )<br>ASSET MANAGEMENT LLC, )<br>SPRINGOWL ASSOCIATES LLC, )<br>ADER FUND MANAGEMENT LLC, )<br>and 26 CAPITAL HOLDINGS LLC, )<br>)<br>Defendant. ) | Civil Docket Case #: 1:23-cv-05065-LGL |

## AFFIRMATION OF SERVICE

STATE OF NEW YORK   )
                   ) SS.:
COUNTY OF NEW YORK )

    1.    IVETTE E. SANTIAGO, affirms this 15th day of October, 2025 herein, under the penalties of perjury under the laws of the State of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a Court of Law.

    2.    On October 15, 2025, I served a true copy of the within **CORRESPONDENCE TO THE HONORABLE LEWIS J. LIMAN,** to the e-mail address: Gregory A. Blue, Esq., Lachtman Cohen & Belowich LLP, Attorney for Plaintiff, 245 Main Street, Suite 230 White Plains, NY 10601, **gblue@lcb-law.com**.

Dated:    New York, New York
            October 15, 2025

                                                    /s/ Ivette E. Santiago
                                                    IVETTE E. SANTIAGO