UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
RIMU CAPITAL LTD., et al.,                                         :
:
                Plaintiffs,                          :
:    23-cv-5065 (LJL)
-v-                                                                :
:    ORDER
JASON ADER, et al.,                                                :
:
                Defendants.                          :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2025

LEWIS J. LIMAN, United States District Judge:

    A conference is scheduled in this matter for October 21, 2025, at 11:00 AM to address a discovery dispute between the parties. *See* Dkt. Nos. 229, 231. At the conference, the parties shall also be prepared to address Plaintiff's letter dated October 15, 2025, which alleges that the Ader Defendants' motion to dismiss contains numerous fake case citations and quotations. *See* Dkt. No. 232. The Ader Defendants are ordered to show cause at the hearing why they should not be sanctioned for such alleged conduct.

    SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                                          LEWIS J. LIMAN
                                                         United States District Judge