```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
RIMU CAPITAL LTD., et al.,                                       :
                                                                 :
                        Plaintiffs,                              :
                                                                 :      23-cv-5065 (LJL)
           -v-                                                   :
                                                                 :           ORDER
JASON ADER, et al.,                                              :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing in this matter today, October 21, 2025. As indicated at the conference and on the record:

By November 21, 2025, the Ader Defendants shall serve responses to any currently pending interrogatories and requests for production of documents. The Ader Defendants shall also produce by that same date all responsive documents after conducting a reasonably diligent search for materials in their custody, possession, or control. If no such documents exist, they shall serve upon Plaintiff a signed declaration or affidavit from Mr. Ader detailing the searches the Ader Defendants conducted and why no responsive documents exist.

Fact discovery is extended and now closes on January 23, 2026. The close of all discovery is March 2, 2026.

The Court will hold a post-discovery status conference on March 5, 2026, at 2:00 PM in

Courtroom 15C, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                            LEWIS J. LIMAN
                                          United States District Judge