UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/1/2026___

RIMU CAPITAL LTD., et al.,

                          Plaintiffs,

         -v-

JASON ADER, et al.,

                         Defendants.

--------------------------------------------------------------------X

23-cv-5065 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing yesterday regarding the discovery dispute raised in Plaintiffs' letter dated April 21, 2026, and on the request that the Court issue an order to show cause why Defendants should not be held in contempt.  Dkt. No. 251.  This Order memorializes the orders issued at the conference:

On pain of contempt, Defendants (including SpringOwl Asset Management LLC, SpringOwl Associates LLC, Ader Fund Management LLC, Springowl Special Opportunities Fund LP, but excepting Jason Ader in his individual capacity but not as an officer, director or representative of the Entity Defendants[1]) shall comply with Paragraph 1 of the Discovery Protocol issued as an order of the Court on April 6, 2026, *see* Dkt. No. 250, by no later than May 8, 2026.  If the Entity Defendants have not done so by May 8, 2026, Plaintiffs may move for an order holding Defendants in contempt and seeking contempt sanctions.  For the avoidance of doubt, this means that, if Jason Ader must give instructions on behalf of the Entity Defendants in order for them to comply, he will do so on pain of contempt against the Entity Defendants.

---

[1] The Entity Defendants refers to all Defendants except Jason Ader in his individual capacity.

2

The close of all discovery in this case is extended to September 4, 2026, for good cause shown.

The Clerk of Court is respectfully directed to close Dkt. No. 250.

SO ORDERED.

Dated: May 1, 2026
       New York, New York
                                      LEWIS J. LIMAN
                            United States District Judge

2