USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 07/08/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

RIMU CAPITAL LTD., et al.,

Plaintiffs,

-v-

JASON ADER, et al.,

Defendants.

---------------------------------------------------------------------X

23-cv-5065 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a hearing today regarding Plaintiffs' letter dated June 12, 2026, Dkt. No. 264, and the pending motion for an order holding the Entity Defendants in contempt and seeking sanctions, Dkt. No. 255. This order memorializes the rulings made at the hearing:

By July 13, 2026, Mr. Benjamin, Esq. shall file a letter with the Court indicating which entities he continues to represent and those he no longer represents, if any.

Plaintiffs may separately move for a default judgment against the cancelled entities, Defendants SpringOwl Asset Management LLC and SpringOwl Special Opportunities Fund LP, for failure to defend under Fed. R. Civ. P. 55.

SO ORDERED.

Dated: July 8, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge