USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RIMU CAPITAL LTD., et al.,

Plaintiffs,

-v-

JASON ADER, et al.,

Defendants.

23-cv-5065 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Proposed Intervenor Plaintiff Zama Capital Master Fund, LP ("Zama")[1] has filed a motion to file under seal confidential settlement agreements dated January 12, 2024 and November 9, 2023. Dkt. No. 71. Zama also asks to make corresponding redactions to its motion papers and proposed intervenor complaint. *Id.* The documents filed under seal are at Dkt. Nos. 72 and 73. The asserted justification is that the documents were shared by counsel for Rimu with Zama pursuant to the confidentiality terms in the 26 Capital Holdings LLC Operating Agreement. *Id.*

The Court recognizes that the Second Circuit "endorses the confidentiality of settlement agreements in virtually all cases," *Schoeps v. Museum of Modern Art*, 603 F. Supp. 2d 673, 676 (S.D.N.Y. 2009), but the settlement agreements sought to be sealed are dated and there has already been much ink spilled publicly about the disputes involving Rimu Capital and Jason Ader. Accordingly, any party seeking the continued sealing of the materials at Dkt. Nos. 72 and

[1] The Court denied Zama's motion to intervene without prejudice to renewal at a conference held on January 31, 2024. *See* Dkt. Nos. 84, 86.

73 shall show cause by no later than November 25, 2026, why the Court should grant such relief. In the absence of a timely-filed response, the Court will deny the motion at Dkt. No. 71 and direct the Clerk of Court to unseal Dkt. Nos. 72 and 73.

SO ORDERED.

Dated: November 12, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge